# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE CLEVELAND, | Case No. CV 07-3301 PA (CW) |
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| BEN CURRY (Warden), | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and all objections thereto. The court has made a de novo determination with respect to those portions of the Report and Recommendation to which objection has been made.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

1     **IT IS FURTHER ORDERED** that this order and the judgment herein be
2 served on the parties.

4 DATED: <u>March 9, 2011</u>

                                          PERCY ANDERSON
                              United States District Judge