1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12  CLARENCE CLEVELAND,            )      Case No. CV 07-3301 PA (CW)
                                   )
13               Petitioner,       )      JUDGMENT
                                   )
14          v.                     )
                                   )
15  BEN CURRY (Warden),            )
                                   )
16               Respondent.       )
    _____ )

17

18      **IT IS ADJUDGED** that the petition for writ of habeas corpus is

19  denied and the action dismissed with prejudice.

20

21  DATED:   March 9, 2011

22

23                              _____
                                        PERCY ANDERSON
24                              United States District Judge

25

26

27

28

                                    1